UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____   Civil File No. 09-CV-02416 PAM/SRN

Joseph Kvidera, and
Procedo, Inc., a Minnesota Corporation,

       Plaintiff,   **ORDER OF DISMISSAL
WITH PREJUDICE**

v.

Kristopher J. Krentz d/b/a
Krentz Law Firm,

       Defendants.
_____

Based upon the Stipulation of Dismissal With Prejudice filed in the above-entitled matter (ECF Document Number 22); **IT IS HEREBY ORDERED:**

That judgment shall be entered dismissing the above-entitled action on the merits and with prejudice, but without costs or disbursements to any party. There being no just reason for delay, the Clerk of Court is hereby ordered to enter such judgment at this time.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                          BY THE COURT:

Dated: April 15, 2010          s/Paul A. Magnuson
                                        The Honorable Paul A. Magnuson
                                        Judge of U.S. District Court